UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMPRESSOR ENGINEERING
CORPORATION, a Michigan corporation,
Individually and as the representative of a
Class of similarly-situated persons,

    Plaintiff,                                             Case No.: 09-14444

v.                                                        Hon. Sean F. Cox

MANUFACTURERS FINANCIAL CORPORATION,
CHARITY MARKETING, LLC AND RICHARD K.
STEPHENS,

    Defendants.
_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, COMPRESSOR ENGINEERING CORPORATION, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order Dismissing Case (Docket Entry 20) entered in this action on August 11, 2010.

                                            Respectfully submitted,

                                            SOMMERS SCHWARTZ, P.C.

                                            */s/ Danielle C. Schoeny (P66053)*
                                            Attorneys for Plaintiff
                                            2000 Town Center Drive, Suite 900
                                            Southfield, MI  48075
                                            (248) 355-0300
                                            dschoeny@sommerspc.com

Dated:  August 20, 2010

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

## CERTIFICATE OF SERVICE

I certify that on August 20, 2010, I electronically filed a Notice of Appeal as counsel for Plaintiff, COMPRESSOR ENGINEERING CORPORATION, with the Clerk of the Court using the ECF system which will send notification of such filing to the counsel of record.

*/s/ Danielle C. Schoeny (P66053)*
Sommers Schwartz, P.C.
2000 Town Center Drive, Suite 900
Southfield, MI  48075
(248) 355-0300
dschoeny@sommerspc.com