UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Compressor Engineering Corporation,

      Plaintiff,

v.                                                                          Case No. 09-14444

Manufacturers Financial Corp., *et al.*,                Honorable Sean F. Cox

      Defendants.

_____/

## JUDGMENT

      Defendants Manufacturers Financial Corporation, Charity Marketing, LLC, and Richard

K. Stephens ("Defendants") having made an Offer of Judgment under Fed. R. Civ. P. 68 on

Plaintiff's Complaint, and the Court having found that the Offer of Judgment should be entered

as the judgment in this case, IT IS HEREBY ORDERED that JUDGMENT is entered against

Defendants, individually and jointly, awarding Plaintiff Shari Machesney the following relief:

1.      An award of money damages in the amount of One Thousand Five Hundred Dollars

      ($1,500.00);

2.      Defendants, and their agents and others in active concert with them, are permanently

      enjoined from sending unsolicited facsimile advertisements in violation of the Telephone

      Consumer Protection Act.

                                     S/Sean F. Cox
                                     Sean F. Cox
                                     United States District Judge

Dated:  July 14, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on

July 14, 2014, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager