UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Compressor Engineering Corporation,

    Plaintiff,

v.                                            Case No. 09-14444

Manufacturers Financial Corp., *et al.*,      Honorable Sean F. Cox

    Defendants.

_____/

## AMENDED JUDGMENT

Defendants Manufacturers Financial Corporation, Charity Marketing, LLC, and Richard K. Stephens ("Defendants") having made an Offer of Judgment under Fed. R. Civ. P. 68 on Plaintiff's Complaint, and the Court having found that the Offer of Judgment should be entered as the judgment in this case, IT IS HEREBY ORDERED that JUDGMENT is entered against Defendants, individually and jointly, awarding Plaintiff Compressing Engineering Corporation the following relief:

1. An award of money damages in the amount of One Thousand Five Hundred Dollars ($1,500.00);

2. Defendants, and their agents and others in active concert with them, are permanently enjoined from sending unsolicited facsimile advertisements in violation of the Telephone Consumer Protection Act.

                                                S/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated: July 16, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Compressor Engineering Corporation,

    Plaintiff,

v.                                          Case No. 09-14444

Manufacturers Financial Corp., *et al.*,    Honorable Sean F. Cox

    Defendants.
_____/

PROOF OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 16, 2014, by electronic and/or ordinary mail.

                S/Jennifer McCoy
                Case Manager