UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Compressor Engineering Corporation,

      Plaintiff,

v.                                      Case No. 09-14444

Manufacturers Financial Corp., *et al.*,        Honorable Sean F. Cox

      Defendants.
_____/

## ORDER REGARDING BRIEFING SCHEDULE

This Court previously issued an Opinion & Order, granting Defendants' motion that asked this Court to enter judgment in favor of Plaintiff, pursuant to their Rule 68 Offers of Judgment, and entered a Judgment in this action.

Thereafter, however, Plaintiff filed a Motion seeking to vacate the Judgment and asking the Court to "Reconsider Class Certification Under Fed. R. Civ. P 59(e), 60(b)(6), and *American Copper & Brass, Inc. v. Lake City Industr. Prods., Inc*." (Docket Entry No. 95). Similar motions were filed in two related cases, on different dates.

The Court hereby **ORDERS** that: 1) any response to the pending motion in this action shall be filed no later than **December 9, 2014**; and 2) any reply brief from Plaintiff shall be filed no later than **December 30, 2014.**

      **IT IS SO ORDERED**.

                                 S/Sean F. Cox_____
                                 Sean F. Cox
                                 United States District Judge

Dated:  November 19, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Compressor Engineering Corporation,

     Plaintiff,

v.                                         Case No. 09-14444

Manufacturers Financial Corp., *et al.*,           Honorable Sean F. Cox

     Defendants.
_____/


PROOF OF SERVICE

     I hereby certify that a copy of the foregoing document was served upon counsel of record on November 19, 2014, by electronic and/or ordinary mail.

                         S/Jennifer McCoy_____
                         Case Manager