Case No. 14-2039

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

COMPRESSOR ENGINEERING CORPORATION

    Plaintiff - Appellant

v.

MANUFACTURERS FINANCIAL CORPORATION; CHARITY MARKETING, LLC; RICHARD K. STEPHENS

    Defendants - Appellees

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                          **ENTERED PURSUANT TO RULE 45(a),**
                                          **RULES OF THE SIXTH CIRCUIT**
                                          Deborah S. Hunt, Clerk

Issued: April 13, 2016

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 13, 2016

Mr. Phillip Andrew Bock
Mr. Ryan M. Kelly
Mr. Dane Anthony Lupo Jr.
Mr. William Alan Roy
Mr. Jason J. Thompson
Ms. Michelle Elise Vocht
Mr. Brian J. Wanca

Re: Case No. 14-2039, *Compressor Engineering Corpor v. Manufacturers Financial Corpo, et al*
Originating Case No. : 2:09-cv-14444

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Beverly L. Harris
Case Manager
Direct Dial No. 513-564-7077

cc: Mr. David J. Weaver

Enclosure

No mandate to issue