UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Compressor Engineering Corporation,

    Plaintiff,

v.                                                Case No. 09-14444

Manufacturers Financial Corporation, *et al.*,    Sean F. Cox
                                                                 United States District Court Judge

    Defendants.
_____/

## JUDGMENT

For the reasons set forth in an Opinion & Order issued this date, **IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE.**

                                                s/Sean F. Cox
                                                Sean F. Cox
                                                United States District Judge

Dated:  September 13, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 13, 2017, by electronic and/or ordinary mail.

                                                s/Jennifer McCoy
                                                Case Manager