UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| COMPRESSOR ENGINEERING CORPORATION, individually and as the representatives of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No.: 09-cv-14444-SFC-VMM |
| v. | ) ) | Hon. Sean F. Cox |
| MANUFACTURERS FINANCIAL CORP., et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Compressor Engineering Corporation, appeals to the United States Court of Appeals for the Sixth Circuit from: (1) the Opinion and Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment [Doc. 149] entered on September 13, 2017; and (2) the Judgment [Doc. 150] entered on September 13, 2017.

Dated: October 10, 2017            Respectfully submitted,

                                                                     COMPRESSOR ENGINEERING CORPORATION, individually and as the representative of a class of similarly-situated persons,

                                        By:   s/ Phillip A. Bock
                                                               One of its attorneys

Brian J. Wanca
Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500

Jason R. Thompson
Sommers Schwartz, PC
2000 Town Center, Ste. 900
Southfield, MI 48075
Telephone: 248-355-0300

Phillip A. Bock
Tod A. Lewis
James M. Smith
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Telephone: 312-658-5500

2

## CERTIFICATE OF SERVICE

I hereby certify that, on October 10, 2017, I caused the foregoing to be filed using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

s/ Phillip A. Bock