# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 09, 2018

Mr. Phillip Andrew Bock
Mr. David Max Oppenheim
Bock & Hatch
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602

Mr. William Alan Roy
Roy, Shecter & Vocht
36700 Woodward Avenue, Suite 205
Bloomfield Hills, MI 48302-0000

Re: Case No. 17-2228, *Compressor Engineering Corp. v. Manufacturers Financial Corp., et al*
     Originating Case No. : 2:09-cv-14444

Dear Counsel:

The Court issued the enclosed Order today in this case.

                                        Sincerely yours,

                                        s/Robin L. Johnson
                                        Case Manager
                                        Direct Dial No. 513-564-7039

cc: Mr. David J. Weaver

Enclosure

No. 17-2228

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| COMPRESSOR ENGINEERING CORPORATION, )<br>)<br>    Plaintiff-Appellant, )<br>)<br>v. )<br>)<br>MANUFACTURERS FINANCIAL )<br>CORPORATION; CHARITY MARKETING, LLC; )<br>RICHARD K. STEPHENS, )<br>)<br>    Defendants-Appellees. ) | **FILED**<br>Apr 09, 2018<br>DEBORAH S. HUNT, Clerk<br><br>O R D E R |

The appellant moves for a seven-day extension to file its reply brief. The appellees respond in opposition.

The additional time requested for filing the reply brief will not delay the submission of this appeal. The motion is GRANTED.

                                            ENTERED PURSUANT TO RULE 45(a)
                                            RULES OF THE SIXTH CIRCUIT

                                            Deborah S. Hunt, Clerk