:
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

COMPRESSOR ENGINEERING CORPORATION

        Plaintiff,

                              Case No:  2:09-cv-14444-SFC-MJH
                              Hon: Sean F. Cox

vs.

MANUFACTURERS FINANCIAL
CORPORATION, CHARITY MARKETING,
LLC and RICHARD K. STEPHENS,

        Defendants

---

### DEFENDANTS ANSWER TO AND CONCURRENCE IN
### PLAINTIFFS MOTION TO CERTIFY THE CLASS AND REINSTATE THE COURT'S JULY 14,2014 JUDGMENT (with minor revisions)

      DEFENDANTS, represented by Roy, Shecter & Vocht, answer Plaintiff's Motion (ECF. No. 170) as follows. Defendants concur in Plaintiff's request to vacate the June 3, 2019 pretrial conference, decertify the class, and send the proposed supplemental notice, for the reasons set forth in Plaintiff's motion. Defendants will concur in reinstating the July 16, 2014 Judgment on the conditions that the Judgment be final and in favor of Compressor Engineering Corporation and against Manufacturers Financial Corporation, only, and contain a determination, under Fed. R. Civ. Pro. 54 (b), that the Judgment adjudicates all the claims and all of the parties' rights and liabilities in this action.

Dated: May 30, 2019

-1-

Roy, Shecter & Vocht, P.C.
S/William A. Roy
William A. Roy (P24123)
Attorney for defendants
707 S. Eton St. Birmingham, MI 48009
(248) 540-7660
roy@rsmv.com

## CERTIFICATE OF SERVICE

William A. Roy, attorney for plaintiffs, affirms that he is an ECF participating attorney and that he electronically transmitted to the court and to all participating ECF opposing counsel attorney this document and any attachments, and any non-ECF attorney was also served by first class mail.

Roy, Shecter & Vocht, P.C.
S/William A. Roy
William A. Roy (P24123)
Attorney for defendants
707 S. Eton St.
Birmingham, MI 48009
(248) 540-7660
roy@rsmv.com

Dated:  May 30, 2019